

# United States District Court
# Eastern District of California

DERLIS ATALAYA SALAS

Plaintiff(s)

V.

MARKWAYNE MULLIN, et al,

Defendant(s)

Case Number: 1:26-cv-03143-DC-AC

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew Toyn hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

DERLIS ATALAYA SALAS

On _10/16/2014_ (date), I was admitted to practice and presently in good standing in the _Utah_ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _04/30/2026_

Signature of Applicant: /s/ _Matthew Toyn_

**Pro Hac Vice Attorney**

Applicant's Name: Matthew Toyn

Law Firm Name: Prospera Legal, PC

Address: 2975 W Executive Pkwy., Suite 159

City: Lehi          State: UT          Zip: 84043

Phone Number w/Area Code: (801) 733-1114

City and State of Residence: Plain City, State of Utah

Primary E-mail Address: mtoyn@prosperalegal.com

Secondary E-mail Address: mktlegal.pllc@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Arthur Minas

Law Firm Name: Minas Law PC

Address: 3620 Pacific Coast Hwy #100

City: Torrance          State: CA          Zip: 90505

Phone Number w/Area Code: (310) 955-1360          Bar # 290517

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE